**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02524-LTB-MJW

BONNIE SNYDER, individually and by her next best friend,
DONALD SNYDER, Court Appointed Conservator,

       Plaintiffs,

v.

RICHARD L. TALLMAN and
SUE GROVER TALLMAN,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion for Intervention (Doc 6 - filed January 24, 2006) is GRANTED. The tendered Complaint for Intervention is accepted for filing.

Dated:  January 26, 2006
_____